UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2005 JA 27 PM 3: 49
U.S. CLERK...
BY____

| | | |
|---|---|---|
| AEP TEXAS NORTH COMPANY,<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | |
| THE PUBLIC UTILITY COMMISSION<br>OF TEXAS, | §<br>§<br>§ | Case No.: A04CA1069LY |
| PAUL HUDSON, Chairman of the<br>Public Utility Commission of Texas, | §<br>§<br>§ | |
| JULIE PARSLEY, Commissioner of the<br>Public Utility Commission of Texas, and | §<br>§<br>§ | |
| BARRY SMITHERMAN, Commissioner<br>of the Public Utility Commission of<br>Texas, | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## MOTION FOR LEAVE TO INTERVENE OF
## TEXAS INDUSTRIAL ENERGY CONSUMERS

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Texas Industrial Energy Consumers ("TIEC") files this Motion for Leave to Intervene in the above-captioned case, respectfully showing the Court as follows:

1. Petitioner is an unincorporated association of large industrial companies that own and operate industrial facilities in the transmission and distribution service territory of AEP Texas North ("TNC"), formerly known as West Texas Utilities Company, and throughout Texas. In the *Application of West Texas Utilities Company for Authority to Reconcile Fuel Costs*, Docket No. 26000 (2004), before the Public Utility Commission of Texas ("Commission"), from



AUS 564683 1

which proceeding TNC has brought this appeal, TIEC sought and was granted status as an intervening party.

2.  TIEC participated in the above docket because of the potential impact on the rates of certain TIEC members.

3.  TIEC has an interest in the matter in controversy in that the Plaintiff in the above-captioned cause seeks judicial review of the Commission's order issued in Docket No. 26000 which could directly affect TIEC member companies.

Wherefore, TIEC requests that the parties take notice of this filing of the Motion for Leave to Intervene, that TIEC be permitted to participate as a party in this proceeding, and that TIEC be granted such other and further relief to which it may show itself to be justly entitled.

Respectfully submitted,

_____
Rex VanMiddlesworth
State Bar No. 20449400
Karen Whitt
State Bar No. 24034738
Andrews Kurth LLP
111 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 320-9200
(512) 320-9292 FAX

ATTORNEYS FOR TEXAS INDUSTRIAL
ENERGY CONSUMERS

## CERTIFICATE OF SERVICE

    I, Karen Whitt, hereby certify that a true copy of the foregoing Plea in Intervention of Texas Industrial Energy Consumers has been sent by U.S. mail to all parties of record in Public Utility Commission Docket No. 26000 on this 27th day of January, 2005.

_____
Karen Whitt

AUS 564683 1

## SERVICE LIST
## PUC DOCKET NO. 26000

| | |
|---|---|
| Jeff Broad | American Electric Power Service Company<br>400 West 15th Street, Ste. 610<br>Austin, Texas  78701 |
| Sara J. Ferris | Office of Public Utility Counsel<br>1701 Congress Ave., Ste. 9-180<br>P. O. Box 12397<br>Austin, Texas  78711-2397 |
| Steven A. Porter | Lloyd Gosselink Blevins Rochelle<br>Baldwin & Townsend<br>P. O. Box 1725<br>Austin, Texas  78767 |
| | Legal Division<br>Public Utility Commission<br>1701 N. Congress Ave., Ste. 8-110<br>Austin, Texas  78711-3326 |

4

AUS:564683.1